UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY P.A.
BRIAN E. CAINE
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mt. Laurel, New Jersey 08054
(856) 596-8900
Attorney for Secured Creditor, M&T Bank

**Order Filed on June 30, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

MAHAMED A. KHAN
AZMA A. KHAN
    Debtor(s)

Case No.: 15-10280-MBK

Chapter 13

Judge: KAPLAN

## ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following page, number two (2) is hereby ORDERED.

**DATED: June 30, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Mahamed A. Khan & Azma A. Khan
Case No:  15-10280-MBK
Caption of Order: ORDER VACATING STAY AS TO REAL PROPERTY

---

Upon the Certification of Default of M&T Bank, its successors and/or assigns, ("Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following real property:

*20 Barbour Place, Piscataway, New Jersey 08854*

It is further ORDERED that the Movant may join the Debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtors, Debtors' attorney, any trustee and any other party who entered an appearance on the motion