| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>PARKER McCAY P.A.<br>BRIAN E. CAINE<br>9000 Midlantic Drive, Suite 300<br>P.O. Box 5054<br>Mt. Laurel, New Jersey 08054<br>(856) 596-8900<br>Attorney for Secured Creditor, M&T Bank | **Order Filed on June 30, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>MAHAMED A. KHAN<br>AZMA A. KHAN<br>      Debtor(s) | Case No.: 15-10280-MBK<br><br>Chapter 13<br><br>Judge: KAPLAN |

## ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following page, number two (2) is hereby ORDERED.

**DATED: June 30, 2017**

                                                                                 */s/ Michael B. Kaplan*
                                                            Honorable Michael B. Kaplan
                                                           United States Bankruptcy Judge

**(Page 2)**
Debtor:  Mahamed A. Khan & Azma A. Khan
Case No:  15-10280-MBK
Caption of Order: ORDER VACATING STAY AS TO REAL PROPERTY

Upon the Certification of Default of M&T Bank, its successors and/or assigns, ("Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following real property:

*20 Barbour Place, Piscataway, New Jersey 08854*

It is further ORDERED that the Movant may join the Debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtors, Debtors' attorney, any trustee and any other party who entered an appearance on the motion

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 15-10280-MBK
Mahamed A. Khan                                                          Chapter 13
Azma A. Khan
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jun 30, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2017.
db/jdb         +Mahamed A. Khan,    Azma A. Khan,    20 Barbour Place,   Piscataway, NJ 08854-3591

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo     on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Angela Catherine Pattison    on behalf of Creditor    WELLS FARGO BANK, N.A.
               angela.pattison@powerskirn.com, ecf@powerskirn.com
              Brian E Caine    on behalf of Creditor    HUDSON CITY SAVINGS BANK bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Brian E Caine    on behalf of Creditor    M&T BANK bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Brian E Caine    on behalf of Creditor    M&T Bank, et al bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A.
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Russell L. Low    on behalf of Joint Debtor Azma A. Khan rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Russell L. Low    on behalf of Debtor Mahamed A. Khan rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                                               TOTAL: 11