Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

           Case No.: 15−10280−MBK
           Chapter: 13
           Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mahamed A. Khan                             Azma A. Khan
   20 Barbour Place                               20 Barbour Place
   Piscataway, NJ 08854                    Piscataway, NJ 08854

Social Security No.:
   xxx−xx−5290                                    xxx−xx−6110

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on September 20, 2017.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 20, 2017
JAN: kmf

                                                                                  Jeanne Naughton
                                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 15-10280-MBK
Mahamed A. Khan                                                 Chapter 13
Azma A. Khan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 4           Date Rcvd: Sep 20, 2017
                              Form ID: 148          Total Noticed: 90

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2017.
```
db/jdb         +Mahamed A. Khan,    Azma A. Khan,    20 Barbour Place,    Piscataway, NJ 08854-3591
aty            +Prober & Raphael, a Law Corporation,    20750 Ventura Blvd.,    Ste. 100,
                 Woodland Hills, CA 91364-6207
515263891       Amc Mortgage Services,    Citimortgage, INC,   00105280 Corporate Dr,    Frederick, MD 21703
515263893      +Amer Sv Bk/Washington Mutual/Chase,    Chase Records Center/Correspondence Mail,
                 700 Kansas Ln., Mail Code La4-555,    Monroe, LA 71203-4774
515263895       American Home Mtg Srv/Homeward Residenta,    Ahmsi / Attention: Bankruptcy,    Po Box 631730-1730,
                 Irving, TX 75063
515391460      +Bank of America, N.A., its assignees,    and/or successors in interest,
                 20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
515298413       CACH, LLC,    PO Box 10587,    Greenville, SC 29603-0587
515263919      +Chase,    Po Box 24696,    Columbus, OH 43224-0696
515526749       Chase Records Center,    Attn: Correspondence Mail,    Mail Code: LA4-5555 700 Kansas Lane,
                 Monroe, LA 7120
515263934      +Citibank,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
515263935      +Citibank Na,    Citicorp/Centralized Bankruptcy,    Po Box 790040,    Saint louis, MO 63179-0040
515263941      +Citibankna,    1000 Technology Dr,    O Fallon, MO 63368-2239
515517122      +Citizens Bank,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
515263942      +City of Trenton,    319 East State Street,    Trenton, NJ 08608-1809
515284129      +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
515263947      +First Data,    1307 Walt Whitman Rd,    Melville, NY 11747-4819
515263948      +Flr Solution,    Po Box 94498,    Las Vegas, NV 89193-4498
515277270      +Gotham Collection,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
                 Parsippany, NJ 07054-4609
515573920      +Hastings Square Country Club,    Att: Greenbaum Rowe,    POB 5600,    Woodbridge, NJ 07095-0988
515343730      +Hudson City Savings Bank,    Att: Parker McCay,    9000 Midlantic Dr Ste 300,
                 Mt Laurel. NJ 08054-1539
515500305      +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Attn: Correspondence Mail,    Mail Code LA4-5555,
                 700 Kansas Lane,    Monroe, LA 71203-4774
515263960      +Ncofin/sst,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
515550274      +New Century Financial Services, Inc.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
515263962      +Ocwen Loan Servicing I,    4828 Loop Central Dr,    Houston, TX 77081-2193
515263965      +RBS Citizens Cc,    Attn: Bankruptcy Department,    443 Jefferson Blvd Ms: Rjw-135,
                 Warwick, RI 02886-1321
515263967      +Sst/cigpficorp,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
515263968      +Sst/columbus Bank&trus,    Attn:Bankruptcy,    Po Box 3997,    St. Joseph, MO 64503-0997
515495579      +Wells Fargo Bank, N.A.,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
515263981       Wells Fargo Hm Mortgag,    7255 Baymeadows Wa,    Des Moines, IA 50306
515263982       Wfm/wbm,    3480 Stateview Blv,    Des Moines, IA 50306
515263983      +Wilshire Credit Corp/Bank of America,    Bank of America N.A.,    450 American St,
                 Simi Valley, CA 93065-6285

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 20 2017 23:17:13     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 20 2017 23:17:10     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515263901       EDI: HNDA.COM Sep 20 2017 23:08:00     American Honda Finance,    Po Box 168088,
                 Irving, TX 75016
515263894      +EDI: BECKLEE.COM Sep 20 2017 23:08:00     American Express,    Po Box 3001,
                 16 General Warren Blvd,    Malvern, PA 19355-1245
515433481       EDI: BECKLEE.COM Sep 20 2017 23:08:00     American Express Bank, FSB,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
515373881       EDI: AIS.COM Sep 20 2017 23:08:00     American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
515278431       EDI: AIS.COM Sep 20 2017 23:08:00     American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
515263904       EDI: BANKAMER.COM Sep 20 2017 23:08:00     Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410
515263908       EDI: BANKAMER.COM Sep 20 2017 23:08:00     Bk Of Amer,    Po Box 982235,    El Paso, TX 79998
515263902      +EDI: BANKAMER.COM Sep 20 2017 23:08:00     Bank of America,
                 Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,    Simi Valley, CA 93062-5170
515379656      +EDI: BANKAMER.COM Sep 20 2017 23:08:00     Bank of America, N.A.,    Bankruptcy Department,
                 P.O. Box 26012, NC4-105-02-99,,    Greensboro, North Carolina 27420-6012
515263905      +EDI: TSYS2.COM Sep 20 2017 23:08:00     Barclays Bank Delaware,    Attn: Bankruptcy,
                 P.O. Box 8801,    Wilmington, DE 19899-8801
515263912      +EDI: BANKAMER2.COM Sep 20 2017 23:08:00     Bk Of Amer,    Po Box 17054,
                 Wilmington, DE 19850-7054
```

```
District/off: 0312-3          User: admin              Page 2 of 4               Date Rcvd: Sep 20, 2017
                              Form ID: 148             Total Noticed: 90


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515263907      +EDI: BANKAMER.COM Sep 20 2017 23:08:00      Bk Of Amer,   1800 Tapo Canyon,
                 Simi Valley, CA 93063-6712
515263936       EDI: CITICORP.COM Sep 20 2017 23:08:00      Citibank Sd, Na,   Attn: Centralized Bankruptcy,
                 Po Box 20363,   Kansas City, MO 64195
515263974       EDI: CITICORP.COM Sep 20 2017 23:08:00      Unvl/citi,   Attn.: Centralized  Bankruptcy,
                 Po Box 20507,   Kansas City, MO 64195
515263916      +E-mail/Text: bankruptcy@cavps.com Sep 20 2017 23:17:26      Calvary Portfolio Services,
                 Attention:  Bankruptcy Department,   500 Summit Lake Dr. Suite 400,   Valhalla, NY 10595-1340
515263917      +EDI: CAPITALONE.COM Sep 20 2017 23:08:00      Cap One,   Po Box 5253,
                 Carol Stream, IL 60197-5253
515263918      +EDI: CAPITALONE.COM Sep 20 2017 23:08:00      Capital 1 Bank,   Attn: General Correspondence,
                 Po Box  30285,   Salt Lake City, UT 84130-0285
515264375      +E-mail/Text: bankruptcy@cavps.com Sep 20 2017 23:17:26      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
515263928      +EDI: CHASE.COM Sep 20 2017 23:08:00      Chase,   Attn: Bankruptcy Dept,   Po Box 15298,
                 Wilmington, DE 19850-5298
515263921      +EDI: CHASE.COM Sep 20 2017 23:08:00      Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
515263933      +EDI: CITICORP.COM Sep 20 2017 23:08:00      Citi Advantage,   Citi Bank Bankruptcy,
                 Po Box 6500,   Sioux Falls, SD 57117-6500
515467497      +EDI: CITICORP.COM Sep 20 2017 23:08:00      Citibank, N.A.,   701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
515272110       EDI: DISCOVER.COM Sep 20 2017 23:08:00      Discover Bank,   DB Servicing Corporation,
                 PO Box 3025,   New Albany, OH  43054-3025
515263943      +EDI: DISCOVER.COM Sep 20 2017 23:08:00      Discover Fin Svcs Llc,   Po Box 15316,
                 Wilmington, DE 19850-5316
515263945      +EDI: TSYS2.COM Sep 20 2017 23:08:00      Dsnb Macys,   Po Box 8218,   Mason, OH 45040-8218
515263944      +EDI: TSYS2.COM Sep 20 2017 23:08:00      Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
515263949      +EDI: RMSC.COM Sep 20 2017 23:08:00      GECRB/JC Penny,   Attention: Bankruptcy,
                 Po Box 103104,   Roswell, GA 30076-9104
515263951      +EDI: CITICORP.COM Sep 20 2017 23:08:00      Goodyr/cbna,   Po Box 6497,
                 Sioux Falls, SD 57117-6497
515263954      +EDI: HFC.COM Sep 20 2017 23:08:00      HSBC/Menards,   Attn: Bankruptcy,   Pob 5263,
                 Carol Stream, IL 60197-5263
515263956      +E-mail/Text: camanagement@mtb.com Sep 20 2017 23:17:01      Hudson City Savings Ba,
                 Hudson City Savings Bank,   80 W Century Road,   Paramus, NJ 07652-1478
515342404      +E-mail/Text: camanagement@mtb.com Sep 20 2017 23:17:01      Hudson City Savings Bank,
                 West 80 Century Road,   Paramus, NJ 07652-1478
515263957      +E-mail/Text: bk@investment-retrievers.com Sep 20 2017 23:17:12      Investment Retrievers,
                 Po Box 4733,   El Dorado Hills, CA 95762-0023
515473670       EDI: JEFFERSONCAP.COM Sep 20 2017 23:08:00      Jefferson Capital Systems LLC,   Po Box 7999,
                 Saint Cloud Mn 56302-9617
515939739      +E-mail/Text: camanagement@mtb.com Sep 20 2017 23:17:01      M&T Bank, successor by merger with,
                 Hudson City Savings Bank,   c/o M&T Bank,   Mortgage Payment Processing,
                 One Fountain Plaza, 7th Floor,   Buffalo, NY 14203-1420
515281403      +EDI: MID8.COM Sep 20 2017 23:08:00      Midland Credit Management, Inc.,
                 as agent for Asset Acceptance LLC,   PO Box 2036,   Warren, MI 48090-2036
515263958      +EDI: MID8.COM Sep 20 2017 23:08:00      Midland Funding,   8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
515263961      +E-mail/PDF: bankruptcy@ncfsi.com Sep 20 2017 23:20:08      New Century Financial,
                 110 S. Jefferson Rd.,   Suite 104,   Whippany, NJ 07981-1038
515263964       EDI: PRA.COM Sep 20 2017 23:08:00      Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,
                 Norfolk, VA 23541
515341980       EDI: PRA.COM Sep 20 2017 23:08:00      Portfolio Recovery Associates, LLC,
                 c/o Beaulieu Of America,   POB 41067,   Norfolk VA 23541
515263963      +EDI: RESURGENT.COM Sep 20 2017 23:08:00      Pinnacle Credit Service,   Attn: Bankruptcy,
                 Po Box 640,   Hopkins, MN 55343-0640
515573918      +E-mail/Text: mary@rabperformance.com Sep 20 2017 23:17:49      RAB Performance Recoveries LLC,
                 700 Kinderkamack Rd,   Ste 211,   Oradell, NJ 07649-1533
515274570      +E-mail/Text: mary@rabperformance.com Sep 20 2017 23:17:49      RAB Performance Recoveries, LLC,
                 10 Forest Avenue, Suite 300,   Paramus, NJ 07652-5238
515263966      +EDI: SEARS.COM Sep 20 2017 23:08:00      Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
515263969      +EDI: DISCOVERSL.COM Sep 20 2017 23:08:00      Student Loan Corp,   Po Box 30948,
                 Salt Lake City, UT 84130-0948
515263969      +E-mail/Text: DSLBKYPRO@discover.com Sep 20 2017 23:17:31      Student Loan Corp,   Po Box 30948,
                 Salt Lake City, UT 84130-0948
515263970      +EDI: RMSC.COM Sep 20 2017 23:08:00      Syncb/home Dsgn-floor,   C/o Po Box 965036,
                 Orlando, FL 32896-0001
515263971      +EDI: RMSC.COM Sep 20 2017 23:08:00      Syncb/sync Bank Loc,   Po Box 965005,
                 Orlando, FL 32896-5005
515434163      +Fax: 866-311-5818 Sep 20 2017 23:23:23      Systems & Services Technologies, Inc. (SST),
                 4315 Pickett Road,   St. Joseph, MO 64503-1600
515263972       EDI: TFSR.COM Sep 20 2017 23:08:00      Toyota Motor Credit Co,   Toyota Financial Services,
                 Po Box 8026,   Cedar Rapids, IA 52408
515263946       EDI: USBANKARS.COM Sep 20 2017 23:08:00      Elan Financial Service,   Po Box 790084,
                 Saint Louis, MO 63179
515263975      +EDI: VERIZONEAST.COM Sep 20 2017 23:08:00      Verizon,   500 Technology Dr,
                 Weldon Spring, MO 63304-2225
```

```
District/off: 0312-3          User: admin              Page 3 of 4              Date Rcvd: Sep 20, 2017
                              Form ID: 148             Total Noticed: 90
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
515263952       EDI: WACHOVIA.COM Sep 20 2017 23:08:00     Homeq Servicing,   Po Box 13716,
                  Sacramento, CA 95853
515263976      +EDI: WACHOVIA.COM Sep 20 2017 23:08:00     Wachrl,   Pob 3117,    Winston Salem, NC 27102-3117
515263977      +EDI: CHASE.COM Sep 20 2017 23:08:00     Wash Mutual/providian/Chase,    Attn: Bankruptcy Dept,
                  Po Box 15298,   Wilmington, DE 19850-5298
515263978       EDI: WFFC.COM Sep 20 2017 23:08:00     Wells Fargo,   Credit Bureau Disp,
                  Des Moines, IA 50306
515263979      +EDI: WFFC.COM Sep 20 2017 23:08:00     Wells Fargo Bank,   Po Box 14517,
                  Des Moines, IA 50306-3517
515496547      +EDI: WFFC.COM Sep 20 2017 23:08:00     Wells Fargo Bank NA,    MAC#D3347-014,
                  3476 Stateview Blvd,   Fort Mill, SC 29715-7203
515263980      +EDI: WFFC.COM Sep 20 2017 23:08:00     Wells Fargo Bank Nv Na,
                  Attn: Deposits Bankruptcy MAC# P6103-05K,    Po Box 3908,   Portland, OR 97208-3908
                                                                                              TOTAL: 60

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515263896*      American Home Mtg Srv/Homeward Residenta,    Ahmsi / Attention: Bankruptcy,    Po Box 631730-1730,
                  Irving, TX 75063
515263900*      American Home Mtg Srv/Homeward Residenta,    Ahmsi / Attention: Bankruptcy,    Po Box 631730-1730,
                  Irving, TX 75063
515263910*     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
515263911*     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
515263906*     +Barclays Bank Delaware,    Attn: Bankruptcy,   P.O. Box 8801,    Wilmington, DE 19899-8801
515263915*     +Bk Of Amer,   1800 Tapo Canyon,    Simi Valley, CA 93063-6712
515263920*     +Chase,   Po Box 24696,    Columbus, OH 43224-0696
515263929*     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
515263955*     +HSBC/Menards,    Attn: Bankruptcy,   Pob 5263,    Carol Stream, IL 60197-5263
515263959*     +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
515263973*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Motor Credit Co,    Toyota Financial Services,   Po Box 8026,
                  Cedar Rapids, IA 52408)
515263953*    ++WACHOVIA BANK NA,    MAC X2303-01A,   1 HOME CAMPUS,    1ST FLOOR,   DES MOINES IA 50328-0001
                (address filed with court:  Homeq Servicing,    Po Box 13716,    Sacramento, CA 95853)
                                                                                             TOTALS: 0, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2017 at the address(es) listed below:
```
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Angela Catherine Pattison    on behalf of Creditor    WELLS FARGO BANK, N.A.
               angela.pattison@powerskirn.com, ecf@powerskirn.com
              Brian E Caine    on behalf of Creditor    M&T BANK bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Brian E Caine    on behalf of Creditor    M&T Bank, et al bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Brian E Caine    on behalf of Creditor    HUDSON CITY SAVINGS BANK bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A.
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 4 of 4              Date Rcvd: Sep 20, 2017
                              Form ID: 148             Total Noticed: 90
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
      Russell L. Low    on behalf of Debtor Mahamed A. Khan rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
      Russell L. Low    on behalf of Joint Debtor Azma A. Khan rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com

      TOTAL: 11